# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
ENDO Pharmaceuticals Inc.
Attn: Mitchell S. Kahan
6 Ram Ridge Road
Chestnut Ridge, NY 10977

ENDO Pharmaceuticals, Inc.
c/o Togut, Segal & Segal LLP
Attn: Neil Berger, Esq.
One Penn Plaza
New York, NY 10119

ENDO Pharmaceuticals Inc.
Attn: Mitchell S. Kahan
Post Office Box 80390
Wilmington, DE 19880-0026

ENDO Pharmaceuticals Inc.
Attn: Mitchell S Kahan
6 Ram Ridge Road
Chestnut Ridge, NY 10977

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Endo Pharmaceuticals Inc.
Attn: Blaise A. Coleman,
President and CEO
1400 Atwater Drive
Malvern, PA 19355

C T Corporation System, R/A for
ENDO Pharmaceuticals, Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
|---|---|---|---|
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

