Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ENDO PHARMACEUTICALS, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02026-PRW |

### THIRD STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc. ("Debtor"), and defendant Endo Pharmaceuticals, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 16, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 17, 2022.

WHEREAS, on April 13, 2022, the Parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including May 13, 2022. The Second Stipulation was approved by order entered April 14, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and, in response to the Defendant's request, have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including June 15, 2022.

[*Remainder of Page Intentionally Left Blank*]

DOCS_LA:343629.1 75015/003

2. All other terms set forth in the First Stipulation and Second Stipulation remain in full force and effect.

Dated: May 10, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

SO ORDERED:

DATED: _____, 2022
Rochester, New York

Dated: May 10, 2022

TOGUT, SEGAL & SEGAL LLP

_____
Neil Berger (NY Bar No. 103532)
One Penn Plaza
New York, NY 10119
Telephone: (212) 594-5000, Ext. 131
Email: neilberger@teamtogut.com

*Counsel to Defendant Endo Pharmaceuticals, Inc.*

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge