UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| Rochester Drug Cooperative, Inc., | Bankruptcy Case No. 20-20230-PRW |
| Debtor. | Chapter 11 |

Advisory Trust Group, LLC,
    *as trustee of the RDC Liquidating Trust*,

    Plaintiff,

v.                                      Adversary Proceeding No. 22-2026-PRW

ENDO PHARMACEUTICALS, INC.,

    Defendant.

## CASE MANAGEMENT ORDER

The Plaintiff in this Adversary Proceedings is directed to file a status report with respect to this Adversary Proceeding within **20 days of the date of this Order**, so that the Court can properly monitor the progress of the action.

**IT IS SO ORDERED**.

Dated: September 7, 2023                  /s/
      Rochester, New York             **HON. PAUL R. WARREN**
                                                 United States Bankruptcy Judge

Case 2-22-02026-PRW, Doc 28, Filed 09/07/23, Entered 09/07/23 15:48:31,
Description: Main Document , Page 1 of 1