# Notice Recipients

District/Off: 0209–2  User: admin  Date Created: 9/7/2023
Case: 2–22–02026–PRW  Form ID: pdfterm  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Ilan D Scharf   ischarf@pszjlaw.com

TOTAL: 1