Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>  v.<br><br>ENDO PHARMACEUTICALS, INC.,<br><br>                Defendant. | Adv. Proc. No. 22-02026 (PRW) |

**PLAINTIFF'S STATUS REPORT**

Advisory Trust Group, LLC, in its capacity as trustee (the "**Trustee**") of the RDC Liquidating Trust, hereby submits this status report pursuant to the *Case Management Order*, entered September 7, 2023 [Adv. Docket No. 28].

On August 16, 2022, Endo International plc ("**Endo**") and certain of its subsidiaries initiated voluntary Chapter 11 proceedings in the United States Bankruptcy Court for the Southern District of New York, which cases are jointly administered under Case No 22-22549.

The Trustee filed a proof of claim against Endo in the amount of $148,762.36, which has been assigned as Claim No 6028 ("**Claim 6028**"). The Trustee requests the Court to keep this adversary open until Claim 6028 is resolved so it can proceed without having to obtain relief from stay in the Endo bankruptcy case.

Dated:  September 15, 2023

Respectfully submitted,
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:    jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*